ELIZABETH B. WADSWORTH, PLAINTIFF-PETITIONER, v. THE BOARD OF ADJUSTMENT OF THE TOWNSHIP OF BEDMINSTER, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 11 *N. J. Super.* 502.

*Messrs. Daly, Hillis, Hall & McCormick,* for the petitioner.

*Mr. Leon Gerofsky* and *Messrs. Wharton, Hall & Stewart,* for the respondents.

April 30, 1951. Denied.

CATHERINE PEPE, ET AL., PLAINTIFFS-RESPONDENTS, v. STEVE URBAN, DEFENDANT-PETITIONER.

See same case below: 11 *N. J. Super.* 385.

*Mr. A. Leo Bohl,* for the petitioner.

April 30, 1951. Denied.